

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
 BONNIE SUDDERTH

JUSTICES
 ELIZABETH KERR
 J. WADE BIRDWELL
 DABNEY BASSEL
 DANA WOMACK
 MIKE WALLACH
 BRIAN WALKER

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
 DEBRA SPISAK

CHIEF STAFF ATTORNEY
 LISA M. WEST

GENERAL COUNSEL
 CLARISSA HODGES

April 6, 2023

Emma Guzman Ramon
Law Office of Emma Guzman Ramon
222 E. McKinney St., Ste. 210
Denton, TX 76201
* DELIVERED VIA E-MAIL *

Rick Daniel
Assistant District Attorney
Denton County District Attorney's Office
1450 E. McKinney St., Ste. 3100
Denton, TX 76209-4524
* DELIVERED VIA E-MAIL *

Hon. Sherry Shipman
Judge, 16th District Court
Denton County
1450 E. McKinney St.
Denton, TX 76209
* DELIVERED VIA E-MAIL *

Criminal District Clerk, Denton County
1450 E. McKinney St.
Denton, TX 76209-4524
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Building
100 N. Calhoun, 4th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:   02-21-00128-CR, 02-21-00129-CR
        Trial Court Case Number:   F-2006-1489-A, F-2006-1490-A

Style:  Jose Arriaza
        v.
        The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause. Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*